This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JOHNATHAN D. WISHNESKI,**

Plaintiff-Appellant,

**v.**                                    **No. 32,371**

**MAXINE MONTOYA TONY SANDERS, LIEUTENANT DOMINGUEZ, and GERMAN FRANCO,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Johnathan D. Wishneski
Santa Fe, NM

Pro Se Appellant

NM Department of Corrections
Diana J. Harris
Santa Fe, NM

for Appellee Maxine Montoya

**MEMORANDUM OPINION**

**FRY, Judge.**

Plaintiff has filed a motion to adopt this Court's proposed summary disposition. Defendants have not responded to the calendar notice and the time for requesting an extension of time or responding to the notice has expired. For the reasons set forth in the calendar notice, we reverse the district court's order of dismissal and remand for trial on the merits.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**LINDA M. VANZI, Judge**